**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 05, 2015

Hon. Juan Angel Guerra
Law Office of Juan Angel Guerra
1021 Fair Park Blvd
Harlingen, TX 78550-2300
* DELIVERED VIA E-MAIL *

Preston Neel
Bradley Arant Boult Cummings LLP
1819 5th Ave N
Birmingham, AL 35203-2120
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00712-CV
Tr.Ct.No. CL-12-2446-B
Style:     Martin Almazan and Irasema Salinas v. Deutsche Bank Trust Company Americas as Trustee for Rali 2007QS3 by and through its servicer-in-fact, GMAC Mortgage, LLC

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:     County Court at Law No. 2 (DELIVERED VIA E-MAIL)
Hon. Arturo Guajardo Jr., Hidalgo County Clerk (DELIVERED VIA E-MAIL)
Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region (DELIVERED VIA E-MAIL)